# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| ALBERT PRECIADO, | ) 1: 13-cv-00390-LJO-BAM |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING APPLICATION |
| v. | ) TO PROCEED IN FORMA PAUPERIS |
| | ) |
| SALAS, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

On March 18, 2013, plaintiff Albert Preciado ("Plaintiff") appearing pro se, filed a motion to proceed in forma pauperis.  Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application.  In due course, pursuant to 28 U.S.C. § 1915(e)(2), the Court will screen Plaintiff's Complaint to determine whether it states a claim for which relief can be granted under Fed. R. Civ. P. 8(a).

IT IS SO ORDERED.

Dated:   **May 6, 2013**          /s/ **Barbara A. McAuliffe**
                        UNITED STATES MAGISTRATE JUDGE

1